FREDERICK G. MUNTZ, Appellant, v. PETER LEONARD and Another, Respondents. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES I. DAVIS, Appellant, v. JOHN G. ELBS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of WILLIAM J. BAKER, an Attorney and Counselor at Law.— Marion H. Fisher, Esq., of Jamestown, appointed referee in the place and stead of Hon. Sanford T. Church, resigned. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ANNA DZIEGIEL, Respondent.—Appeal dismissed upon the ground that the order is not appealable. (See *People* v. *Zerillo*, 200 N. Y. 443; *People* v. *Trezza*, 128 id. 529; *People* v. *Palmer*, 109 id. 413, 418; *People* v. *Snyder*, 44 Hun, 193; *People* v. *Dempsey*, 31 id. 526, 528; *People* v. *Beckwith*, 42 id. 366; *People* v. *Mascola*, 174 App. Div. 360; *People* v. *Grout, No. 1*, 166 id. 220; *People* v. *Brindell*, 194 id. 776, 778.) Motion to amend record on appeal denied (1st) because of the decision above made on the main appeal, and (2d) because the moving party has no standing in court to make the motion. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [140 Misc. 145.]

KEUKA COLLEGE, Respondent, v. THE CITIZENS NATIONAL BANK OF WELLS-VILLE, as Executor, etc., of WILLIAM J. RICHARDSON, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ. [139 Misc. 324.]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DANAHY PACKING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of RUSSEL S. JOHNSON and Another, Appellants, to Compel MYRTLE W. KING, as Administratrix, etc., of ISAAC D. WEST, Deceased, Respondent, to Render and Settle Her Accounts, etc.[*]— Order affirmed, with ten dollars costs and disbursements, on the authority of *Sweeney* v. *State of New York* (225 App. Div. 606). All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES F. HOLLWEDEL, Appellant, v. DUFFY-MOTT COMPANY, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See *Wright* v. *Pistell, Deans & Co., Inc.*, 232 App. Div. 271.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of CHARLES A. ROBBINS, as Administrator, etc., of THOMAS E. ROBBINS, Deceased.— Decree so far as appealed from affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

*Affd., 257 N. Y. 108.